## FOURTH DEPARTMENT, JANUARY, 1961

## (January 5, 1961)

■ JOSEPH H. SAINT et al., Appellants, v. BELL AIRCRAFT CORPORATION, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Cf. *Arsenault* v. *General Elec. Co.*, 147 Conn. 139, cert. denied 364 U. S. 815.) (Appeal from order of Erie Special Term, staying plaintiffs from prosecuting trial of the action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ JOHN E. RUPPEL, Appellant, v. RONALD G. WEBBER et al., Defendants, and KERMIT A. WEBBER, Respondent.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Niagara Special Term denying motion by plaintiff to strike out certain defenses in answer of defendant Kermit A. Webber.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.